█ THELMA POLLICK, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants, et al., Defendant.— Appeal (by permission of this court) from an order of the Appellate Term of the Supreme Court, Second and Eleventh Judicial Districts, dated March 31, 1971, which affirmed a judgment of the Civil Court of the City of New York, Kings County, entered May 1, 1970, in favor of plaintiff upon a $5,000 jury verdict. Order affirmed, with costs. No opinion. Munder, Acting P. J., Shapiro, Brennan and Benjamin, JJ., concur; Martuscello, J., dissents and votes to reverse the order

of the Appellate Term and the judgment of the Civil Court and to dismiss the complaint, on the ground that plaintiff failed to show actionable negligence.